GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/20/2015

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 10-04860 | #626 | CRYSTAL DIANE BROWN | AFLAC | 1932 WYNNTON ROAD COLUMBUS, GA 31999 | 28053 | $ 7.64 |
| 14-04185 | #625 | LINDA LOU WELLS SAULTZ | CHARLES A. RAY/IDA C. HARRIS | 7220 MURRAY HEIGHTS DRIVE IRVINGTON, AL 36544 | 28783 | $ 75.14 |
| 09-15780 | #626 | BRENDA FAYE SMALLWOOD | COMMUNITY CREDIT SERVICES | 42 READ'S WAY SUITE 125 NEW CASTLE, DE 19720 | 28929 | $ 2.85 |
| 13-01805 | #625 | LARRY HAYES | EXPRESS CHECK | 9964 GRAND BAY WILMER ROAD STE 1 GRAND BAY, AL 36541 | 29244 | $ 5.00 |
| 12-00521 | #625 | JENNIFER RENAYE DIXON | FAST MONEY NOW | 1522 BROAD STREET SELMA, AL 36701 | 29269 | $ 59.64 |
| 13-04459 | #624 | LISA FAY BURTON | MISSISSIPPI STATE TAX | P.O. BOX 1033 JACKSON, MS 39215 | 30090 | $ 182.50 |
| 12-02271 | #626 | EDWARD GRIFFIN MINNIE INEZ GRIFFIN | PLS FINANCIAL BANKRUPTCY DEPARTMENT | 1020 N. MCLEAN BLVD. ELGIN, IL 60123 | 30453 | $ 15.17 |
| 12-01830 | #626 | JAMES ROBERT APPLING MIRANDA NICOLE APPLING | RADIOLOGY ASSOCIATES OF MOBILE | 6576 AIRPORT BLVD. BLDG C-2 MOBILE, AL 36608 | 30728 | $ 2.01 |
| 09-00251 | #626 | LISA MARIA WOODS | SAFECO INSURANCE CO OF ILLINOIS | P.O. BOX 11405 BIRMINGHAM, AL 35202 | 30859 | $ 0.03 |
| 10-04103 | #626 | WILLIAM IRA SINGLETON CHRISTINA LYNN SINGLETON | TIME WARNER CABLE | 1742 GEORGETOWN ROAD SUITE F HUDSON, OH 44236 | 31306 | $ 5.62 |
| 10-01194 | #626 | LINDA WILSON WOODS | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245 LAKE MARY, FL 32795 | 31466 | $ 8.25 |
| 11-01409 | #626 | BRIAN H. RHODES | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245 LAKE MARY, FL 32795 | 31466 | $ 26.65 |
| 11-01680 | #626 | LAKEITH GWINN | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245 LAKE MARY, FL 32795 | 31466 | $ 194.80 |
| 11-01976 | #626 | MONASHIA KEAWAKIE WHITE | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245 LAKE MARY, FL 32795 | 31466 | $ 23.22 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/20/2015

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 11-05072 | #626 | LINDA D. SMITH | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245<br>LAKE MARY, FL 32795 | 31466 | $ 15.21 |
| 12-00254 | #626 | BRENDA DUBOSE | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245<br>LAKE MARY, FL 32795 | 31466 | $ 4.49 |
| 12-03156 | #626 | EBONY EARIES | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245<br>LAKE MARY, FL 32795 | 31466 | $ 1.87 |
| 13-00040 | #626 | JOHN E. JONES | UNITED CREDIT RECOVERY, LLC | P. O. BOX 953245<br>LAKE MARY, FL 32795 | 31466 | $ 20.41 |
| 11-02183 | #632 | MARY J. DARBY | MARY J. DARBY | 915 SAVANNAH STREET<br>MOBILE, AL 36604 | 31801 | $ 4.97 |
| 12-02048 | #632 | WILLIE ANTHONY JONES<br>TRACY OTHELIA JONES | WILLIE ANTHONY JONES<br>TRACY OTHELIA JONES | 1840 FIRE TOWER ROAD<br>DIXON MILLS, AL 36736 | 31894 | $ 5.59 |
| 15-00397 | #634 | LARRY WESLEY ODOM, JR | LARRY WESLEY ODOM, JR | P.O. BOX 851<br>BREWTON, AL 36427 | 31967 | $ 161.93 |
| 15-01413 | #634 | DEBRA BELINDA PATTILLO | DEBRA BELINDA PATTILLO | 1193 SLOANE CV<br>FOLEY, AL 36535 | 31976 | $ 148.00 |
| 10-01317 | #632 | SABINA WILLIAMS RUSSELL | SABINA WILLIAMS RUSSELL | P.O. BOX 66212<br>MOBILE, AL 36660 | 32017 | $ 42.87 |
| 10-02440 | #632 | BROWARD D. THOMLEY, SR<br>CORIENA F. THOMLEY | BROWARD D. THOMLEY, SR<br>CORIENA F. THOMLEY | 18712 OUTLOOK DRIVE<br>LOXLEY, AL 36551 | 32052 | $ 483.90 |
| 10-03944 | #632 | BRIAN W. WYLIE | BRIAN W. WYLIE | 7384 CAROL ACRES LANE NORTH<br>MOBILE, AL 36619 | 32088 | $ 62.19 |
| | | | TOTAL | | | $ 1,559.95 |

| G/L | #624 | $ | 182.50 |
|---|---|---|---|
| G/L | #625 | $ | 139.78 |
| G/L | #626 | $ | 328.22 |
| G/L | #632 | $ | 599.52 |
| G/L | #634 | $ | 309.93 |
| | TOTAL | $ | 1,559.95 |

Case 10-02440    Doc 45    Filed 01/21/16    Entered 01/21/16 13:23:10    Desc Main
Document      Page 2 of 2